# IN THE SUPREME COURT OF THE STATE OF NEVADA

NONA TOBIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSICA K. PETERSON, DISTRICT
JUDGE,
Respondents.

No. 85251

FILED

SEP 1 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of prohibition and/or mandamus challenging district court orders in a civil action. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (explaining that writ relief is proper only when there is no plain, speedy, and adequate remedy at law and that petitioners bear the burden to demonstrate that extraordinary relief is warranted). Even when an appeal is not immediately available because the challenged order is interlocutory in nature, the fact that the order may ultimately be challenged on appeal from a final judgment generally precludes writ relief. *Pan*, 120 Nev. at 225, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.[1]

---

[1]We note that petitioner complains of various rulings and actions taken by the district court in this case, including that it allowed a nonparty to participate in the proceedings, but she failed to name any of the other

22-29372

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Hon. Jessica K. Peterson, District Judge
      Nona Tobin
      Attorney General/Carson City
      Eighth District Court Clerk

parties to the district court case, or the purported nonparty, as real parties in interest to this writ proceeding, and her September 13, 2022, proof of service does not indicate that they were served. *See* NRAP 21(a)(1) & (2).